No. 89–7612.  WILSON *v.* KASSICIEH ET AL.  C. A. 6th Cir. Certiorari denied.

No. 89–7630.  SAAHIR *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 89–7635.  HARRIS ET AL. *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 89–7636.  KING *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 89–7646.  JOHNSON *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 89–7650.  COVINGTON *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 89–7651.  FITZ *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 89–7660.  SHEFFIELD *v.* KEANE, SUPERINTENDENT, SING SING CORRECTIONAL FACILITY, ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 89–7666.  HINOJOSA-RAMOS *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 89–7670.  JACKSON *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 89–7673.  LAROQUE *v.* UNITED STATES ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 89–7677.  SULLIVAN *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 89–7680.  SMITH *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 89–7688.  CIALONI *v.* UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 89–7690.  GARCIA *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.